UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br>V.<br>MEJIA HERNANDEZ, JOSE LUIS<br>DEFENDANT | CASE NUMBER:<br>18 MJ02150<br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 08/17/2018   0900   ☑ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☑ Yes   ☐ No

4. Charges under which defendant has been booked:
   8USC1326

5. Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☑ Yes   Language: SPANISH

7. Year of Birth: 1972

8. Defendant has retained counsel:   ☑ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER Thompkins

10. Remarks (if any): N/A

11. Name: ANDREA M. BOND   (please print)

12. Office Phone Number: 213-494-7883

13. Agency: ICE

14. Signature: [signed]

15. Date: 08/17/2018

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION